## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| MOUSTAPHA BAYO, | :: | CIVIL ACTION NO. |
| Hall County ID # 371711, | :: | 2:11-CV-00033-RWS-SSC |
| Plaintiff, | :: | |
| | :: | |
| v. | :: | |
| | :: | |
| SHERIFF, HALL COUNTY OFFICE, | :: | PRISONER CIVIL RIGHTS |
| Defendant. | :: | 42 U.S.C. § 1983 |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

On March 25, 2011, the Court ordered Plaintiff to submit an amended complaint

and to either pay the filing fee for this civil action in full or execute and return an affidavit

and authorization for withdrawal from his inmate account, within thirty days, or face

possible dismissal of this action. [Doc. 4].  To date, Plaintiff has not responded to the

Court's March 25th Order.  Accordingly, **IT IS RECOMMENDED** that the Court

**DISMISS** this action **WITHOUT PREJUDICE** due to Plaintiff's failure to obey a lawful

Order.  See LR 41.3(A)(2), NDGa.

**IT IS SO RECOMMENDED**, this 16th day of May, 2011.


*Susan S. Cole*
SUSAN S. COLE
UNITED STATES MAGISTRATE JUDGE

1