IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MOUSTAPHA BAYO, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:11-CV-00033-RWS |
| SHERIFF, HALL COUNTY OFFICE, | : |
| | : |
| | : |
| Defendant. | |

**ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [5] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby **DISMISSED**, **without prejudice**. The Clerk shall close the case.

**SO ORDERED**, this  17th  day of June, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)